AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

SHARON WAS                                  **JUDGMENT IN A CIVIL CASE**
                                             CASE NUMBER: 02-CV-0577E
    v.

M&T BANK

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to a hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the defendant's motion for summary judgment

is granted.

Date: February 10, 2004                    RODNEY C. EARLY, CLERK

                                                                           By: s/Suzanne Grunzweig
                                                                              Deputy Clerk